UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 23-3360 |
|     Plaintiff-Appellee, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES DAILEY, | ) | APPELLEE'S MOTION |
|     Defendant-Appellant. | ) | FOR A 30-DAY EXTENSION OF |
| | ) | TIME WITHIN WHICH TO |
| | ) | FILE APPELLEE'S BRIEF |
| _____ | ) | |

Plaintiff-Appellee, the United States of America, through undersigned counsel, respectfully moves this Court for a 30-day extension of time, until July 11, 2025, within which to file the United States' brief. The requested extension is not for any purpose of delay, but to ensure a complete response to Defendant-Appellant James Dailey's brief.

The United States is in the process of restaffing this appeal. Undersigned counsel is leaving active service with the Department of Justice on June 4, 2025. Cocounsel, AUSA Jason Manion, was detailed to Department of Justice headquarters in Washington, D.C., on January 20, 2025, and is no longer available to work on this appeal. The government's brief is currently due on June 11, 2025. While the government has made substantial progress on its brief, newly assigned counsel will need this additional time to respond fully to Dailey's brief.

1

This Court held this appeal in abeyance pending the *en banc* Court's decision in *United States v. Cervenak*, No. 23-3466. (Doc. 57: Order, Page 1). The *en banc* Court handed down its opinion in that case on April 2, 2025. (*United States v. Cervenak*, Appeal No. 23-3466, Doc. 54-1, Pages 1-84). This Court took this appeal out of abeyance and issued the government's current due date on May 12, 2025. (Doc. 62: Order, Pages 1-6).

Dailey has had two attorneys during the course of this appeal and has filed two merits briefs. While the government requested extensions of time at a prior stage of this case following Dailey's first merits brief, this is the government's first extension request following Dailey's second merits brief, and its first extension request following the en banc Court's decision in *Cervenak*.

The United States therefore respectfully requests that the Court grant a 30-day extension, until July 11, 2025, within which to file its brief.

          Respectfully submitted,

          CAROL M. SKUTNIK
          Acting United States Attorney
          Northern District of Ohio

By:   <u>/s/ *James A. Ewing*</u>
       James A. Ewing
       Assistant United States Attorney
       United States Court House
       801 West Superior Avenue, Suite 400
       Cleveland, Ohio 44113
       (216) 622-3879
       (216) 522-7358 (facsimile)
       James.ewing@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of May 2025, a copy of the foregoing Appellee's Motion for a 30-day Extension of Time Within Which to File Appellee's Brief, was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *James A. Ewing*
James A. Ewing
Assistant United States Attorney
